# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS6

### CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-01849-RGK-JPR | Date | April 8, 2022 |
|---|---|---|---|
| Title | *George Jones v. Nasser Farahdel, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS)** Order Dismissing Case

On April 4, 2022, the day before the scheduled jury trial in this action, the parties jointly filed a notice of settlement. (ECF No. 83.) The Court issued an order notifying the parties that they were "not relieved of any deadlines or Court appearances until a dismissal of the action is filed." (ECF No. 84.) Nonetheless, neither party appeared as scheduled for the jury trial on April 5. Accordingly, the Court instructed that it would "dismiss this action with prejudice as of 9:00 a.m., Thursday, April 7, 2022, for failure to prosecute, unless a dismissal is filed before that date." (ECF No. 85.)

To date, no dismissal has been filed. Accordingly, the Court **DISMISSES** the action for lack of prosecution.

**IT IS SO ORDERED.**

| _____ : _____ |
|---|
| Initials of Preparer          jre/a |